No. 2333.—El Pueblo, Apdo., *v.* Soto González, Aplte.—
C. D. Aguadilla.  Asesinato en segundo grado.  Feb. 18, 1925.

Nos. 2389 y 2390.—El Pueblo, Apdo., *v.* Duprey, Aplte.
—C. D. Aguadilla.  Infracción artículo 519 del Código Penal.  Feb. 19, 1925.

No. 2392.—El Pueblo, Apdo., *v.* Vaz, Aplte.—C. D. Aguadilla.  Portar armas.  Feb. 20, 1925.

No. 2394.—El Pueblo, Apdo., *v.* Bracero, Aplte.—C. D. Mayagüez.  Atentado a la vida.  Feb. 20, 1925.

No. 2396.—El Pueblo, Apdo., *v.* Figueroa, Aplte.—C. D. Arecibo.  Mutilación.  Feb. 25, 1925.

No. 2380.—El Pueblo, Apdo., *v.* Anglada, Aplte.—C. D. Ponce.  Violación.  Feb. 26, 1925.

No. 2401.—El Pueblo, Apdo., *v.* Martínez et al., Apltes.—C. D. Mayagüez.  Homicidio voluntario.  Feb. 27, 1925.

En los siguientes casos se tuvo al apelante por desistido del recurso a su propia instancia.

Nos. 2375 y 3235.—Rojas, Aplte., *v.* Alejandro, Apdo.—C. D. Humacao.  Tercería.  Abril 2, 1924.

No. 3237.—Rodríguez, Aplte., *v.* Gómez, Apdo.—C. D. San Juan, Disto. 1º.  Cobro de dinero.  Abril 8, 1924.

No. 3057.—Ex parte Peraza, Peticionario-Aplte. — C. D. Arecibo.  Abril 10, 1924.

No. 3097.—Betancourt et al., Apltes., *v.* Sellés, Casas & Ca., S. en C., Apdos.—C. D. Humacao.  Abril 11, 1924.

No. 2277.—Pueblo, Apldo., *v.* Iglesias, Aplte. — C. D. Ponce.  Mutilación.  Abril 14, 1924.

No. 3228.—Sabalier, Apldo., *v.* Iglesias y El Banco de San Juan, Demandados y Aplte. el segundo. — C. D. San Juan, Disto 1º.  Administración judicial.  Abril 15, 1924.

No. 3131.—Nicolau et al., Apltes., *v.* Asamblea Municipal de Caguas, Apda.—C. D. Humacao.  Abril 21, 1924.

No. 2981.—López, Apda., *v.* P. R., Ry., Light & Power Co., Aplte.—C. D. San Juan, Sección Segunda.  Abril 23, 1924.